No. 11–0497/MC. U.S. v. Desmond J. Horton. CCA 201000481. Review granted on the following issue:

> WHETHER THE ERRONEOUS ADMISSION OF THE DRUG TESTING REPORT WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 12–0451/AF. U.S. v. Pablo P. Irizarry. CCA 37748. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY DENYING A DEFENSE MOTION TO SUPPRESS AN ITEM SEIZED BY APPELLANT'S FIRST SERGEANT DURING A WARRANTLESS ENTRY INTO APPELLANT'S OFF–BASE HOME.

Briefs will be filed under Rule 25.

No. 12–0496/NA. U.S. v. Dominic P. Altier. CCA 201000361. Review granted on the following issue:

> WHETHER APPELLANT'S SENTENCE VIOLATES ARTICLE 63, UCMJ, AND R.C.M. 810(d) BECAUSE IT IS IN EXCESS OF AND MORE SEVERE THAN HIS ORIGINAL APPROVED COURT–MARTIAL SENTENCE.

A stay in the execution of Appellant's sentence is ordered until the Court rules on the substantive merits of the case.

Briefs will be filed under Rule 25.

No. 12–0414/AR. U.S. v. David G. Spicer, Jr. CCA 20090608. On consideration of Appellant's motion for an enlargement of time in which to file a joint appendix, it is ordered that said motion is hereby granted, up to and including July 11, 2012.

No. 12–0484/NA. U.S. v. Rayvohn D. Wallace. CCA 201100300. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals and the record of trial, it is noted that the record reflects that the court–martial was called to order pursuant to the following orders:

General Court–Martial Convening Order Number (GCMCO) 01–10 dated 16 February 2010 and GCMCO 01M–10, dated 21 January 2011.

GCMCO 01–10 detailed 12 officer members, none of whom appeared at trial. GCMCO 01M–10 detailed 10 officer and enlisted members, each of whom appeared and were sworn. That order also relieved, for this case only, two officer members who had been previously detailed by GCMCO 01J–10, dated 20 December 2010. The only orders included in the record are 01–10 and 01M–10. The record does not account for the absence of the members detailed by GCMCO 01–10. Accordingly, it is ordered that Appellee file an answer addressing the following specified issue:

> WHETHER APPELLANT WAS MATERIALLY PREJUDICED WHERE 12 DETAILED MEMBERS WERE ABSENT.

Appellee's answer shall be filed with the Court within 20 days of the date of this order. Appellant may file a reply within 5 days after the filing of the answer.

No. 12–8025/AR. Michael G. New, Appellant v. United States, Appellee. Appellant's motion to extend time to file a reply to the answer to the writ-appeal petition granted to July 16, 2012.

No. 12–0260/AR. U.S. v. Patrick A. Faust. CCA 20090080. Review granted on the following issue:

> WHETHER, IN LIGHT OF *UNITED STATES v. HUMPHRIES*, 71 M.J. 209 (C.A.A.F. 2012), APPELLANT SUFFERED MATERIAL PREJUDICE TO A SUBSTANTIAL RIGHT AS A RESULT OF THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, IN CHARGE V, SPECIFICATIONS 1 AND 2.

The portion of the decision of the United States Army Court of Criminal Appeals as to Charge V, Specifications 1 and 2, and the sentence is reversed. The decision of that court as to the remaining charges and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further consideration in light of *Humphries*. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

BAKER, Chief Judge, (dissenting): Consistent with my views in *United States v. Humphries*, 71 M.J. 209, 217 (C.A.A.F. 2012) (Baker, C.J., dissenting), I respectfully dissent from the order to grant.